

# THE THIRTEENTH COURT OF APPEALS

13-13-00645-CV

Serge Dasque
v.
Fabiola Aidee Dasque

On Appeal from the
County Court at Law No 2 of Hidalgo County, Texas
Trial Cause No. F-1947-12-2

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

December 10, 2015